**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01557-RPM-BNB

JACK MILLER,

    Plaintiff,

v.

THE RECEIVABLE MANAGEMENT SERVICES CORPORATION,
a Delaware corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                        BY THE COURT:

July 2nd, 2012          s/Richard P. Matsch
_____    _____
DATE                             Richard P. Matsch, Senior District Judge